THE LAW OFFICE OF

# Elisa Hyman, P.C.

March 25, 2021

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 87.

SO ORDERED.

*VIA ECF*
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

March 25, 2021

Re:   N.J. and G.J. v. N.Y.C. Dep't of Educ., *et al*.
      18-cv-06173 (JMF)

Dear Judge Furman:

I represent the Plaintiffs in this action.

First, I am writing on behalf of both parties to seek a one-week of extension of time for the parties to submit the joint letter referenced in Your Honor's order dated March 15, 2021. (ECF No. 18). The letter is currently due on March 29, 2021. The parties are requesting additional time to meet and confer following Your Honor's order and request permission to submit the joint letter on April 5, 2021.

In addition, the parties are jointly requesting an extension of time until April 9, 2021 to file motions for reconsideration and motions to certify for interlocutory appeal pursuant to 28 U.S.C. § 1292. While such motions are unlikely, the parties are requesting this extension of time as we have not yet met to confer to determine whether in fact our next step would be to move forward with settlement or press forward with litigation. As such, we require additional time to meet and confer with each other and our clients. In addition, it is Passover this weekend.[1]

Thank you for Your Honor's consideration of these requests.

> Sincerely,
> THE LAW OFFICE OF ELISA
> HYMAN, P.C.
>
> /s/ *Elisa Hyman*
> _____
> Elisa Hyman, Esq.

---

[1] Finally, Plaintiffs' counsel is requesting an extension because she is receiving the second dose of the vaccine on March 26, 2021 and, based on the reaction after the first dose, had planned to be out of the office through March 29, 2021, as a precaution.