```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
N.J. and G.J.,                                                    :
                                                                  :
                              Plaintiffs,                         :
                                                                  :        18-CV-6173 (JMF)
              -v-                                                 :
                                                                  :              ORDER
NYC DEPARTMENT OF EDUCATION; NYC BOARD                            :
OF EDUCATION; CHANCELLOR RICHARD                                  :
CARRANZA, in His Official Capacity,                               :
                                                                  :
                              Defendants.                         :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- By **December 3, 2021**, the parties shall contact the Chambers of Magistrate Judge Moses to schedule a settlement conference to take place in January.

- By **December 23, 2021**, Defendants shall respond to Plaintiffs' proposed settlement terms, including whether Defendants will agree to a monetary damages component to the settlement.

- By **one week** after the settlement conference, the parties shall file a status report with the Court informing the Court whether they have settled or proposing next steps in the litigation.

- This case is stayed, and the parties' deadline to file any motion for reconsideration and/or motion to certify for interlocutory appeal the Court's March 15, 2021 Opinion and Order, ECF No. 86, is hereby extended, until **one week after the settlement conference or January 31, 2022, whichever is earlier**.

SO ORDERED.

Dated: November 30, 2021  
       New York, New York  
                                                    JESSE M. FURMAN  
                                                    United States District Judge