

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Andrew J. Rauchberg
phone: 212-356-0891
email: arauchbe@law.nyc.gov

April 18, 2022

**BY ECF**

Hon. Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

**MEMO ENDORSED**

Re:  *N.J. obo G.J. v. N.Y. City Dep't of Educ., et al.*
Index No. 18 CV 6173 (JMF) (BCM)

Dear Judge Moses,

I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and attorney for the Defendants in the case referenced above.  I write to respectfully request an adjournment of the settlement conference currently scheduled for next Monday, April 25, 2022, at 3:00 P.M.

Due to an unexpected, personal issue, I am unable to attend the conference at the scheduled time.  I apologize for any inconvenience, and respectfully request that the Court adjourn the conference, and reschedule it for the afternoon of June 8, 2022, at 2:15 P.M.  This is the first such request Defendants have made to adjourn this conference.  I have conferred with staff in Your Honor's chambers, and this date and time are apparently convenient for the Court.  I have also spoken with Elisa Hyman, Esq., Plaintiffs' counsel, and she consents to the propose adjournment.

.

> Application GRANTED. The continued settlement conference previously scheduled for April 25, 2022 is ADJOURNED to **June 8, 2022** at 2:15 p.m. in Courtroom 20A, 500 Pearl Street, New York, NY 10007. No later than **June 1, 2022**, the parties shall submit their confidential joint settlement update letter to Judge Moses, via email to moses_nysdchambers@nysd.uscourts.gov. SO ORDERED.
>
> *(signed)*
> _____
> Barbara Moses
> United States Magistrate Judge
> April 19, 2022

Thank you for your consideration of this matter.

                                                    Respectfully submitted,

                                                            s/

                                                  Andrew J. Rauchberg
                                                  Assistant Corporation Counsel

cc:    Elisa Hyman, Esq.
        The Law Offices of Elisa Hyman, P.C.
        Attorneys for Plaintiffs