

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Andrew J. Rauchberg**
phone: 212-356-0891
email: arauchbe@law.nyc.gov

June 1, 2022



**BY ECF**

Hon. Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:  *N.J. obo G.J. v. N.Y. City Dep't of Educ., et al.*
          Index No. 18 CV 6173 (JMF) (BCM)

Dear Judge Moses,

    I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and attorney for the Defendants in the case referenced above.  I write to respectfully request an adjournment of the settlement conference currently scheduled for next Wednesday, June 8, 2022, at 2:15 P.M.

    I am unexpectedly unavailable at the time of the conference because a close family member of mine will be undergoing medical procedures next week.  We only learned of the dates last week, and I promptly contacted Elisa Hyman, Esq., Plaintiffs' counsel, to discuss.  Consistent with the Court's Order Scheduling Settlement Conference, Ms. Hyman and I then contacted Your Honor's chambers, and the parties and the Court are (and hopefully the Court still is) available on June 16, 2022, July 13, 2022, and July 14, 2022.  I respectfully request that the Court adjourn the conference to one of these dates.  If June 16, 2022 is the date chosen, the parties respectfully request that we begin at 2:30 P.M. to account for a hearing that Plaintiffs' counsel will be attending earlier in the day.

    This is the second such request Defendants have made to adjourn this conference, and I apologize for any resulting inconvenience.  The conference was originally scheduled for April 25, 2022, but the Court granted Defendants' prior request.  I have spoken with Ms. Hyman, Plaintiffs' counsel, and she consents to the proposed adjournment.

Thank you for your consideration of this matter.

Respectfully submitted,

s/

Andrew J. Rauchberg
Assistant Corporation Counsel

cc: Elisa Hyman, Esq.
The Law Offices of Elisa Hyman, P.C.
Attorneys for Plaintiffs

---

Application GRANTED. The settlement conference previously scheduled for June 8, 2022 is ADJOURNED to **July 14, 2022 at 2:15 pm.** No later than one week prior to that date, the parties shall submit confidential settlement letters pursuant to the Court's settlement conference scheduling order. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
June 3, 2022