UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
           :
N.J. and G.J.,          :
           :
          Plaintiffs,    :
           :      18-CV-6173 (JMF)
     -v-      :
           :      <u>ORDER</u>
NYC DEPARTMENT OF EDUCATION et al.,  :
           :
          Defendants.   :
           :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated during the teleconference held earlier today:

- By **August 12, 2022**, Defendants shall file a letter affirming that they have responded to Plaintiff's latest settlement demand and updating the Court on the progress of the settlement negotiations.

- By **September 1, 2022**, the parties shall file a joint letter proposing a schedule for discovery and any motions they intend to file.

- As previously ordered, the deadline for any motion is **September 12, 2022**, at which time the stay of this case will also expire.

      SO ORDERED.

Dated: August 9, 2022
       New York, New York

                                               JESSE M. FURMAN
                                         United States District Judge