UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                              :

N.J. and G.J.,                       :
                              :

              Plaintiffs,      :
                              :              18-CV-6173 (JMF)

      -v-                      :
                              :                 ORDER

NYC DEPARTMENT OF EDUCATION et al.,   :
                              :

             Defendants.    :
                              :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's October 12, 2022, Order, ECF No. 159, the parties were required to file a joint status letter no later than October 21, 2022. To date, the parties have not filed a joint status letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 26, 2022**. Failure to comply with that deadline could result in sanctions, up to and including dismissal of the case for failure to prosecute.

       SO ORDERED.

Dated: October 24, 2022
      New York, New York                _____
                                    JESSE M. FURMAN
                                 United States District Judge