UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
N.J. et al.,  :
:
                Plaintiffs,  :
:      18-CV-6173 (JMF)
     -v-  :
:            ORDER
:
NYC DEPARTMENT OF EDUCATION et al.,  :
:
                Defendants.  :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 19, 2022, Defendants advised the Court that the parties had "reached agreement in principle to resolve Plaintiffs' substantive claims" and were in the process of drafting a settlement stipulation. *See* ECF No. 169. Since then, Defendants filed a memorandum of law opposing Plaintiff's motion for reconsideration, *see* ECF No. 171, but Plaintiff did not file a reply. In light of the foregoing, the parties shall appear for a conference with the Court on **January 10, 2023,** at **10:00 a.m.** (unless before that time the parties finalize and file the aforementioned settlement stipulation, in which case the parties need not appear). The parties should be prepared to discuss the status of the case, including the status of settlement.

      The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: January 6, 2023
       New York, New York

                                      _____
                                          JESSE M. FURMAN
                                          United States District Judge