```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
N.J. et al.,                                                         :
                                                                     :
                    Plaintiffs,                                      :
                                                                     :    18-CV-6173 (JMF)
          -v-                                                        :
                                                                     :         ORDER
                                                                     :
NYC DEPARTMENT OF EDUCATION et al.,                                  :
                                                                     :
                    Defendants.                                      :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated on the record during the conference held today:

- The parties are directed by **January 13, 2023**, to advise the Court by a letter on the docket whether a stipulation was finalized;

- The parties are granted until **January 17, 2023**, to file any motion seeking a stay of administrative proceedings, excusing of exhaustion, or any other appropriate relief;

The Court notes that it spoke to Hearing Officer Blueth Bromfield-Elliott regarding a potential adjournment of the city administrative hearing to facilitate settlement. The Court advised Ms. Bromfield-Elliott of the Tuesday deadline. Ms. Bromfield-Elliott was noncommittal and indicated that she would discuss the situation with the parties at the hearing.

SO ORDERED.

Dated: January 10, 2023
       New York, New York

                                                  JESSE M. FURMAN
                                            United States District Judge